**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
RACHEL LOUISE WASHINGTON,
Defendant.

Case No. 26-cr-0239 EMC (NC)

**DETENTION ORDER**

Hearing: 7/21/2026

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on July 21, 2026, held an in-person hearing to determine detention or release on supervisory conditions for defendant Rachel Louise Washington. Washington is charged in this case with violating the terms of her supervised release. *See* Dkt. No. 34. The defendant appeared at the hearing with her CJA appointed counsel Charles Woodson. Officer Brown was present for U.S. Probation and requested detention, as did AUSA Djak.

Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant charged with violation of supervised release has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community. Here, Washington did not establish evidence to overcome this burden and the Court, on the present record, finds that the defendant presents an unmitigated risk of flight if

released. Of particular significance is Washington's recent performance while on supervision; failure to contact Probation as requested; lack of stable housing; reported and admitted drug use; and declination of a proposal for in-custody assessment for residential drug treatment. Consequently, the Court orders the defendant to be detained.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Court set further appearances for: July 27, 2026, 11:00 a.m. before Magistrate Judge Peter Kang for a preliminary hearing; and July 30, 2026, at 11:00 a.m. before the presiding District Judge Edward M. Chen for status.

IT IS SO ORDERED.

Date: July 21, 2026

Nathanael M. Cousins
Chief Magistrate Judge